# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 2, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156035 & (108)(109)(115)


BURT HOLT,
        Plaintiff-Appellee,

v

                                   SC: 156035
                                   COA: 330076
                                   Wayne CC: 12-007202-NI

AMARILD USHE and RELIABLE
TRANSPORTATION SPECIALISTS, INC.,
        Defendants-Appellants,

and

CONTAINERPORT GROUP, INC.,
        Defendant.
_____/

        On order of the Court, the motion for immediate consideration and the motion to file reply brief are GRANTED. The motion to confirm maintenance of stay pending appeal without further bond is DENIED.

        The application for leave to appeal the May 23, 2017 judgment of the Court of Appeals remains pending.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 2, 2017
                                               

d0801
                                                  Clerk